■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TOY ROBINSON, JR., Appellant.— Appeal by defendant from a judgment of the former County Court, Kings County, rendered June 27, 1962 on his plea of guilty, convicting him of robbery in the second degree and sentencing him to serve a term of 5 to 10 years. Judgment affirmed. The appeal is taken solely upon the ground of excessiveness of the sentence. In our opinion, under the circumstances disclosed by this record, the sentence imposed is not excessive. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SAVINO, Appellant.— Appeal by defendant from a judgment of the former County Court, Kings County, rendered January 5, 1962 after a jury trial, convicting him (and a codefendant) of robbery and grand larceny (both in the first degree) and assault in the second degree, and imposing sentence. Judgment affirmed. In our opinion, although it was error to admit into evidence defendant's hat and coat because their seizure was the result of a search which was not incidental to defendant's arrest, nevertheless the admission of such evidence did not affect defendant's substantial rights and may be disregarded (Code Crim. Pro., § 542). [For affirmance of judgment as to the codefendant, see *People* v. *De Berry*, 20 A D 2d 758.] Beldock, P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROLAND SPENCER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, dated October 28, 1963, which denied without a hearing his application to vacate a judgment of the former County Court, Kings County, rendered November 18, 1960 after a jury trial, convicting him of robbery and assault (both in the second degree) and grand larceny in the first degree, and imposing sentence. Order affirmed on the authority of *People* v. *Kling* (19 A D 2d 750, affd. 14 N Y 2d 571); *People* v. *Marchese* (19 A D 2d 723), and *People* v. *Smith* (19 A D 2d 728). Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hopkins, JJ., concur.